N.D.N.Y.
23-cv-1019
Sannes, C.J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

———————

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of January, two thousand twenty-four.

Present:

    John M. Walker, Jr.,
    Susan L. Carney,
    Eunice C. Lee,
        *Circuit Judges*.

———————

John Doe,

        *Plaintiff-Appellant*,

  v.                                                         23-1274

John Doe, individually and in their official capacity,

        *Defendant-Appellee*.

———————

Appellant, pro se, has not complied with this Court's September 19, 2023, order directing Appellant to file with this Court an amended notice of appeal that stated Appellant's identity and mailing address and Appellees' identities and mailing addresses. 2d Cir. 23-1274, doc. 4. Appellant has also not sought leave to use a pseudonym in filings in this Court. *Publicola v. Lomenzo*, 54 F.4th 108, 110 (2d Cir. 2022) (per curiam) (holding that a pro se appellant's failure to comply with the requirement of Fed. R. App. P. 32(d) that filings be signed by the party filing the paper warrants dismissal of the appeal).

Upon due consideration, it is hereby ORDERED that the appeal is DISMISSED for the reasons above as well as for being frivolous because Appellant's appeal "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989).

                                                      FOR THE COURT:
                                                      Catherine O'Hagan Wolfe, Clerk of Court

